UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 96-6369

———————

CHANNING T. FURR,

Petitioner - Appellant,

versus

DIRECTOR, Virginia Department of Corrections;
DALE A. GARDNER, Sheriff; DARNLEY HODGE,
Supervisor, Clarke-Frederick-Winchester Adult
Detention Center,

Respondents - Appellees.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Chief District Judge. (CA-94-1098-R)

———————

Submitted: December 19, 1996     Decided: December 31, 1996

———————

Before ERVIN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

J. Lloyd Snook, III, SNOOK & HAUGHEY, P.C., Charlottesville, Virginia; John Christian Lowe, Rockville, Maryland, for Appellant. Robert H. Anderson, III, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Furr v. Director, No. CA-94-1098-R (W.D. Va. Feb. 7, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2